COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NOS.  2-06-319-CR

                                                        

GREGORY D. ALLEN 
                                                          APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

            FROM THE 396TH
DISTRICT COURT OF TARRANT COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s A
Motion To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                                                                                                                      PER CURIAM

 

PANEL D:   HOLMAN, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED: November 30, 2006                                                    











[1]See Tex. R. App. P. 47.4.